UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIRNA MCAULIFFE and THOMAS MCAULIFFE, Individually and as Co-Personal Representatives of the Estate of Ryan McAuliffe, deceased,<br><br>      Plaintiffs - Appellants,<br><br>  v.<br><br>ROBINSON HELICOPTER COMPANY, a California corporation,<br><br>      Defendant - Appellee. | No. 24-6086<br><br>D.C. No.<br>1:21-cv-00193-HG-WRP<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: McKEOWN, FRIEDLAND, and SUNG, Circuit Judges.

The motions for leave to file an amicus brief filed by Textron, Inc., and the General Aviation Manufacturers Association are **GRANTED**. Dkt. Nos. 38, 40.

Judges Friedland and Sung have voted to deny the petition for rehearing en banc, and Judge McKeown has so recommended. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. 40. The petition for rehearing en banc is **DENIED**. Dkt. No. 37.